**FILED**

JUN 2 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00387 CW |
| Plaintiff, | REPORT AND RECOMMENDATION RE ACCEPTING GUILTY PLEA |
| v. | |
| VICTOR MANUEL GARCIA-MORA, | |
| Defendant. | |

On June 20, 2006, pursuant to an order of reference from District Judge Wilken and a stipulation by the parties, I conducted the Rule 11 proceedings in this matter. Based on the responses by the defendant and his counsel to my inquiries, I am fully satisfied that it is appropriate to accept, on the terms set forth in the parties' plea agreement under F.R.Cr.P. 11(c)(1)(C), the defendant's plea of guilty to the one count Indictment that is pending in this matter. I so RECOMMEND.

IT IS SO REPORTED AND RECOMMENDED.

Dated: June 20, 2006.

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to: CW
   All parties,
   WDB, stats

1