IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

VICTOR MANUEL GARCIA-MORA,

       Defendant.
                                      /

No. CR 06-00387 CW

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE GUILTY PLEA

    The Court has reviewed Magistrate Judge Wayne D. Brazil's Report and Recommendation Re Entry of Plea of Guilty and adopts the Recommendation in every respect. Accordingly,

    IT IS ORDERED that a plea of guilty is hereby entered as to Count One of the Indictment charging Defendant Victor Manuel Garcia-Mora with illegal reentry after deportation in violation of 8 U.S.C. § 1326. Sentencing is set for September 11, 2006, at 2:00 p.m.

Dated: 7/10/06

                                         */s/ Claudia Wilken*
                                         CLAUDIA WILKEN
                                         United States District Judge

cc: WDB; U.S. Probation